# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Martinez, Defendant. | Case No.: M-09-1679<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _SD CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _proffer, including Probation proffer_

```
 1
 2
 3
 4         and/or
 5   B.   ( )  The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9        on:_____
10        _____
11        _____
12        _____
13        _____
14
          IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:    8/5/09                    w/out prejudice
18
19
20                                       _____
21                                       UNITES STATES MAGISTRATE JUDGE
```

2